

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-14-00705-CV

**IN THE INTEREST OF E.A.T.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02779
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating Appellant Danielle A.'s parental rights is AFFIRMED. It is ORDERED that no costs of appeal are assessed against Appellant Danielle A.

Shawn Sheffield's motion to withdraw is GRANTED.

SIGNED February 18, 2015.

_____
Karen Angelini, Justice